USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2-23-09

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARILYN HILL,

        Plaintiff,

v.

UNITED STATES OF AMERICA,

        Defendant.

**MEMORANDUM**

05 Civ. 10614 (LBS)

Pursuant to the Court's order of January 14, 2009, Ms. Hill has informed the Court by letter received February 17, 2009, that she has not been able to retain new counsel. Ms. Hill's letter also indicates that she is in favor of attempting to settle the case. This memorandum serves to notify Ms. Hill and the United States that the Court has referred the case to Magistrate Judge Francis for settlement purposes only. The parties will be notified by Judge Francis' chambers as to further proceedings.

Dated: February 23, 2009
      New York, NY

_____
U.S.D.J.

COPIES MAILED TO ALL PARTIES